# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00050SOM

CASE NAME:       USA vs. (01) Hugh Dela Cruz

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Susan Oki Mollway         REPORTER:

DATE:    1/10/2006                 TIME:

---

COURT ACTION:  EO:

Jury Selection/Trial set for 1/18/06 @ 9:00 a.m. SOM is continued to 4/11/06 @ 9:00 a.m. SOM.

Final Pretrial Conference is set for 3/13/06 @ 10:00 a.m. BMK.

Notified: Kenneth Sorenson AUSA and (01) Pamela O'Leary Tower.

Mr. Sorenson to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.