

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

JAN 26 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00050-01 SOM |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. ) | |
| HUGH DELA CRUZ, (01) ) | OLD TRIAL DATE: 1/18/06 |
| Defendant. ) | NEW TRIAL DATE: 4/11/06 |

STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

THIS DAY came the parties, by and through counsel, pursuant to their respective agreement to continue trial in the above-captioned case. Upon consideration of said stipulation, and the non-objection of the parties hereto, the Court hereby grants a continuance of the trial date in this case and finds that based upon the representations of defense counsel that there is a need for further investigation and trial preparation by the

defense in this case, and accordingly, the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interests of the defendant and the public in a speedy trial.  The Court finds that a denial of a continuance of the previous trial date in this case would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is hereby ORDERED that jury selection and trial for this matter be set for April 11, 2006.  The Final Pretrial Conference before the Honorable Barry M. Kurren is set for March 13, 2006 at 10:00 a.m.  The Court further finds that the period of time from January 18, 2006 to and including April 11, 2006, constitutes a period of excusable delay and is therefore excludable pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

//
//
//
//
//
//

The previous trial date, pretrial conference dates, and any dates previously set forth for the filing of pretrial motions are hereby vacated.

ENTERED on _____1/27/06_____, at Honolulu, Hawaii.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
United States District Judge

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/
KENNETH M. SORENSON
Assistant U.S. Attorney

/s/
PAMELA TOWER, ESQ.
Attorney for Defendant
HUGH DELA CRUZ

USA v. HUGH DELA CRUZ
Cr. No. 05-00050-01 SOM
"Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"