# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00050SOM |
| CASE NAME: | USA v. (01) Hugh Dela Cruz |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Pamela O'Leary Tower |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/3/2006 | TIME: | 11 - 11:21 |

COURT ACTION:  EP: M/Withdraw Not Guilty Plea and to Plead Anew as to (01) Hugh Dela Cruz - deft present in custody.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count I of the Indictment.
Count II to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 6-26-06 @ 1:30 p.m., SOM.
Trial date vacated.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, courtroom manager

Case 1:05-cr-00050-SOM    Document 81    Filed 03/03/2006    Page 2 of 2