## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of *Defendant's Objections and/or Corrections to the Draft Presentence Report* was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on May 25, 2006.

|  | U.S. Mail | Fax | Hand-Delivery |
|---|---|---|---|
| KENNETH SORENSON<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| ANNE SHIMOKAWA<br>Supervising U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:   Honolulu, Hawaii, May 25, 2006.

PAMELA O'LEARY TOWER
Attorney for HUGH DELA CRUZ

4