

# Case Report

## Case FVA015011 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | DELACRUZ, HUGH | | | FO 01-2629 | 02/16/2001 | HS 11377(A) | 02/16/2001 |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Status

| | | | |
|---|---|---|---|
| Filing Type | Complaint | Custody | N/A |
| Ordered Bail | $0.00 | Filing Date | 04/02/2001 |
| D.A. | L PONCIN | Posted Bail | $0.00 |
| Next Action: | | Defense | RT D.DADE (NOT PRESENT) |
| | | Deputy Report #: | FO-01 01-2629 |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | | NONE | N/A | N/A |
| Probation | Type | Granted | Expiration | |
| | Formal | N/A | 09/30/2004 | |
| Sentence | Convicted Date | County Jail | CTS | |
| | 08/21/2001 | Days | N/A | |
| | State Prison | Max Sentence | | |
| | N/A | N/A | | |
| | Fine and Penalty | Restitution Fine | Restitution to Victim | |
| | | $0.00 | N/A | |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Charges

| Arrest Charges | | | | | |
|---|---|---|---|---|---|
| Count | Charge | Severity | Description | Violation Date | Plea |
| 1 | HS 11377(A) | F | POSSESS CONTROLLED SUBSTANCE | 02/16/2001 | |
| **Filed Charges** | | | | | |
| Count | Charge | Severity | Description | Violation Date | Plea |
| 1 | HS 11377(A) | F | POSSESS CONTROLLED SUBSTANCE | 02/16/2001 | GUILTY |
| 2 | HS M11364 | M | POSSESSION OF OPIUM PIPE | 02/16/2001 | |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Probation

*Probation Type:* FORMAL    *Granted:* 10/02/2001    *Expire:* 09/30/2004

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) VIOLATE NO LAW.
2) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY - ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.
3) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.
4) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.
5) NOT LEAVE THE STATE OF CALIFORNIA WITHOUT FIRST OBTAINING WRITTEN PERMISSION OF THE PROBATION OFFICER.
6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE, COHABITANTS AND PETS, AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS.
7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.
8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL WITHOUT A SEARCH WARRANT AT THE DIRECTION OF PROB. OFFICER
9) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).
10) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.
11) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS
12) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)
13) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).
14) REGISTER YOUR ADDRESS WITH THE APPROPRIATE CITY OR COUNTY LAW-ENFORCEMENT AGENCY, PURSUANT TO 9-HS11590/HS11594 AND SUBMIT PROOF OF CURRENT REGISTRATION TO THE PROBATION OFFICER WITHIN TEN (10) DAYS OF REGISTERING.
15) NOT ASSOCIATED WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY, OR THE CO-DEFENDANTS (EXCEPT THOSE INVOLVED IN RECOVERY)
16) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES, EXCEPT FOR THOSE INVOLVED IN YOUR RECOVERY.
17) PAY A RESTITUTION FINE IN THE AMOUNT OF $220.00, INCLUDES A TEN PERCENT (10%) PROCESSING FEE OF $20.00. PAYABLE AT THE RATE OF $15.00 PER MONTH. THE TOTAL AMOUNT LESS THE PROCESSING FEE TO BE REMITTED TO THE STATE RESTITUTION FUND THROUGH CENTRAL COLLECTIONS. FIRST PAYMENT DUE 11/01/2001.

18) ATTEND NA/AA 3 TIMES PER WEEK AND SHOW PROOF OF ATTENDANCE TO THE PROBATION OFFICER,

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Related Cases On Calendar

| Related Cases On Calendar |
| --- |
| This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled. |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Previously Disposed Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction |
| --- | --- | --- | --- | --- |
| This Defendant Does Not Have Any Other Reportable Cases. | | | | |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Actions and Minutes

| Action Date | Action Text | Disposition | Hearing Type |
| --- | --- | --- | --- |
| 11/08/2004 2:27 PM | CASE CLOSED BY JHLLA | | |
| 05/18/2004 10:07 AM | SUBSEQUENT 8715 SENT TO DOJ | | |
| 05/14/2004 11:28 AM | 8715 SENT TO DOJ | | |
| 03/05/2004 2:52 PM | CASE CLOSED BY LFRAZ | | |
| 03/05/2004 8:30 AM DEPT. F1 | MOTION RE: PC 17/PC1203.4 | DISPOSED | |

**Minutes**

ROBERTA MCPETERS
CLERK J HOLLAWAY
REPORTER M PARSONS
BAILIFF D SIMMONS
-
APPEARANCES
DEFENDANT PRESENT.
-
ATTORNEY INFORMATION
DEPUTY DISTRICT ATTORNEY L PONCIN PRESENT.
ATTORNEY RT D.DADE (NOT PRESENT) PRESENT.
-
PROCEEDINGS
COURT HAS READ AND CONSIDERED PROBATION OFFICER'S REPORT.
COURT FINDS THAT DEFENDANT HAS SUCCESSFULLY COMPLETED DRUG TREATMENT

PROGRAM, THE CONVICTION IS ORDERED SET ASIDE AND CASE DISMISSED PER PC1210(D).

-

CUSTODY STATUS

DEFENDANT RELEASED.

COPY OF MINUTE ORDER GIVEN TO DEFENDANT.

============= MINUTE ORDER END =================

MOTION GRANTED.

CASE CLOSED.

| 02/04/2004 8:30 AM DEPT. F1 | MOTION RE: PC 17/PC1203.4 | DISPOSED | |
|---|---|---|---|

**Minutes**

ROBERTA MCPETERS

CLERK J HOLLAWAY

REPORTER K GUTHRIE

BAILIFF D SIMMONS

-

APPEARANCES

DEFENDANT PRESENT.

-

ATTORNEY INFORMATION

DEPUTY DISTRICT ATTORNEY L PONCIN PRESENT.

ATTORNEY RT D.DADE (NOT PRESENT) PRESENT.

-

HEARINGS

HEARING CONTINUED TO 03/05/2004 AT 8:30 IN DEPARTMENT F1.

DEFENDANT ORDERED TO APPEAR ON HEARING DATE.

-

REFERRAL

REFERRED TO PROBATION OFFICE FOR EARLY TERMINATION.

-

CUSTODY STATUS

CASE CUSTODY - PROBATION.

COPY OF MINUTE ORDER GIVEN TO DEFENDANT.

============= MINUTE ORDER END =================

| 04/07/2003 8:30 AM DEPT. F1 | MOTION RE: EARLY TERMINATION PER PC1210.1(D)(1) | DISPOSED | |
|---|---|---|---|

**Minutes**

BARRY L PLOTKIN

CLERK S.LORANCE

REPORTER S.SHCEINFE

BAILIFF O THOMPSON

-

APPEARANCES

DEPUTY DISTRICT ATTORNEY H.WILSON PRESENT.

ATTORNEY RT D.DADE (NOT PRESENT) PRESENT.

DEFENDANT NOT PRESENT.

PROCEEDINGS
COURTS MOTION TO TAKE CASE OFF CALENDAR IS GRANTED.

CUSTODY STATUS
CASE CUSTODY - PROBATION.
============= MINUTE ORDER END =================

| | | | |
|---|---|---|---|
| 01/17/2002 1:43 PM | CASE CLOSED BY DOJAB | | |
| 01/17/2002 1:43 PM | ELECTRONIC 8715 DISPOSITION GENERATED | | |
| 10/03/2001 12:24 PM | BOTH BONDS RETURNED. | | |
| 10/03/2001 12:23 PM | BAIL BOND RETURNED TO BONDSMAN. | | |
| 10/03/2001 10:40 AM | CASE CLOSED BY DMVAB | | |
| 10/03/2001 10:40 AM | DMV DIRECT UPDATE DISPOSITION ABSTRACT COMPLETED | | |
| 10/02/2001 10:42 AM | CASE CLOSED BY SLORA | | |
| 10/02/2001 10:42 AM | BOND A15-2023011 EXONERATED. | | |
| 10/02/2001 10:40 AM | BOND A7-2031516 EXONERATED. | | |
| 10/02/2001 8:30 AM DEPT. F1 | SENTENCING | DISPOSED | SENTENCING |

**Minutes**

LOUIS O GLAZIER
CLERK S LORANCE
REPORTER J.THOMPSON
BAILIFF O THOMPSON

APPEARANCES
DEPUTY DISTRICT ATTORNEY S.UMSCHEID PRESENT.
ATTORNEY RT D.DADE BY C.DUNNING PRESENT.
DEFENDANT PRESENT.

PROCEEDINGS
DEFENDANT WAIVES FORMAL ARRAIGNMENT FOR PRONOUNCEMENT OF JUDGMENT AND STATES THERE IS NO LEGAL CAUSE WHY JUDGMENT SHOULD NOT NOW BE PRONOUNCED.

FINDINGS/ADVISALS:
PURSUANT TO SECTION 13350, VEHICLE CODE, THE COURT FINDS A MOTOR VEHICLE WAS NOT USED IN THE COMMISSION OF THE OFFENSE.
PAY $504.00 FOR PRESENTENCE INVESTIGATION COSTS PURSUANT TO 1203.1(B) PC THROUGH CENTRAL COLLECTIONS.
PAYABLE AT $25.00 PER MONTH STARTING 120301
COURT FINDS DEFENDANT ABLE TO PAY BOOKING FEES IN THE AMOUNT OF $159.72 TO CITY OF FONTANA BY BY 123101
COURT FINDS DEFENDANT IS ABLE TO PAY PROBATION SUPERVISION FEES AT THE RATE OF $20.00 PER MONTH THROUGH CENTRAL COLLECTIONS, PAYMENTS BEGIN IN 30 DAYS.

DISMISSALS

ON MOTION OF PEOPLE, PURSUANT TO PLEA BARGAIN, COUNT 2 ORDERED DISMISSED; REASON: 1385 PC

SENTENCING INFORMATION

FOR ALL CHARGES.

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

THAT THE DEFENDANT SHALL:

VIOLATE NO LAW.

REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY - ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

NOT LEAVE THE STATE OF CALIFORNIA WITHOUT FIRST OBTAINING WRITTEN PERMISSION OF THE PROBATION OFFICER.

KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE, COHABITANTS AND PETS, AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24)

HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS.

NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL WITHOUT A SEARCH WARRANT AT THE DIRECTION OF PROB. OFFICER

SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER,

SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED

AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

REGISTER YOUR ADDRESS WITH THE APPROPRIATE CITY OR COUNTY LAW-ENFORCEMENT AGENCY, PURSUANT TO 9-HS11590/HS11594

AND SUBMIT PROOF OF CURRENT REGISTRATION TO THE PROBATION OFFICER WITHIN TEN (10) DAYS OF REGISTERING.

NOT ASSOCIATED WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY, OR THE CO-DEFENDANTS (EXCEPT THOSE INVOLVED IN RECOVERY)

NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES, EXCEPT FOR THOSE INVOLVED IN YOUR RECOVERY.

PAY A RESTITUTION FINE IN THE AMOUNT OF $220.00, INCLUDES A TEN PERCENT (10%) PROCESSING FEE OF $20.00. PAYABLE AT THE RATE OF $15.00 PER MONTH.

THE TOTAL AMOUNT LESS THE PROCESSING FEE TO BE REMITTED TO THE STATE

RESTITUTION FUND THROUGH CENTRAL COLLECTIONS.

FIRST PAYMENT DUE 11/01/2001.

ATTEND NA/AA 3 TIMES PER WEEK AND SHOW PROOF OF ATTENDANCE TO THE PROBATION OFFICER,

DEFENDANT ACCEPTS PROBATION AND IS GIVEN A COPY OF THE TERMS AND CONDITIONS.

-

CUSTODY STATUS

CASE CUSTODY - PROBATION/DRUG TREATMENT PC1210.1

CURRENT BAIL BOND EXONERATED.

BAIL BOND NO. A15-2023011 EXONERATED.

============= MINUTE ORDER END =================

CASE CLOSED.

CASE CLOSED.

| | | | |
|---|---|---|---|
| 10/02/2001 12:00 AM | **** MINUTES DELETED FROM: SENT. | | |
| 09/24/2001 4:37 PM | PROPOSITION 36 INVESTIGATION REPORT FILED | | |
| 08/21/2001 8:30 AM DEPT. F1 | PRE-PRELIMINARY CONFERENCE | DISPOSED | TRC |

**Minutes**

LOUIS O GLAZIER

CLERK S.LORANCE

REPORTER J.THOMPSON

BAILIFF O.THOMPSON

-

APPEARANCES

DEPUTY DISTRICT ATTORNEY L.BALDERRAMA PRESENT.

ATTORNEY RT DUANE DADE PRESENT.

DEFENDANT PRESENT.

-

PROCEEDINGS

CHANGE OF PLEA AT TIME OF PRE-PRELIMINARY HEARING.

BY LEAVE OF COURT, DEFENDANT WITHDRAWS PLEA OF NOT GUILTY. DEFENDANT IS INFORMED OF ELEMENTS OF THE CHARGE(S). FACTUAL BASIS ESTABLISHED.

-

PROCEEDINGS

SEE REPORTER'S TRANSCRIPT FOR PLEA BARGAIN AGREEMENT.

THE COURT, AFTER READVISEMENT OF EACH OF THESE RIGHTS, FINDS THAT THE DEFENDANT UNDERSTANDS THE CHARGE(S), THE POSSIBLE

PENALTIES, RIGHT AGAINST SELF-INCRIMINATION, TO CONFRONT AND CROSS EXAMINE WITNESSES, TO A PUBLIC AND SPEEDY TRIAL, TO JURY

TRIAL, TO HAVE AN ATTORNEY PRESENT AT ALL STAGES OF THE PROCEEDINGS AND TO THE PUBLIC DEFENDER IF INDIGENT AND TO THE

COMPULSORY PROCESS OF THE COURT TO SUBPOENA WITNESSES.

-

PLEA INFORMATION

THE COURT FINDS THE DEFENDANT TO NOW BE ELIGIBLE FOR THE PROVISIONS OF PC1210.1.

DEFENDANT ADVISED OF RIGHTS FOR PC1210.1/PROP 36 TREATMENT.

DEFENDANT OPTS FOR PC1210.1/PROP 36 SENTENCING AND ENTERS A GUILTY PLEA AS TO COUNT(S) 1.
SEE REPORTER'S TRANSCRIPT FOR FINDINGS.
DECLARATION BY DEFENDANT AND COURT RE: FINDINGS RE PLEA OF GUILTY UNDER PC859A (DECLARATION BY DEFENDANT) FORM FILED.
-
COURT FINDS COMPLIANCE WITH BOYKIN AND TAHL RULES.
-
HEARINGS
SENTENCING SET FOR 10/02/2001 AT 8:30 IN DEPARTMENT F1.
DEFENDANT ORDERED TO APPEAR ON HEARING DATE.
-
REFERRAL
REFERRED TO PROBATION FOR TERMS AND CONDITIONS PURSUANT TO PC 1210.1.
RC-8303 HAVEN AVENUE - 2ND FLOOR
RC-RANCHO CUCAMONGA CALIF 91730
REFERRAL TO PROBATION DEPARTMENT ISSUED.
PROBATION OFFICE NOTIFIED.
-
TIME WAIVERS
DEFENDANT WAIVES TIME FOR SENTENCING.
-
CUSTODY STATUS
CASE CUSTODY - BAIL BOND
============= MINUTE ORDER END ================

| 08/21/2001 12:00 AM | **** MINUTES DELETED FROM: PPRLM. | | |
| --- | --- | --- | --- |
| 07/24/2001 8:30 AM DEPT. F1 | PRE-PRELIMINARY CONFERENCE | DISPOSED | TRC |

Minutes

DOUGLAS A FETTEL
CLERK S.LORANCE
REPORTER J.THOMPSON
BAILIFF O.THOMPSON
-
APPEARANCES
DEPUTY DISTRICT ATTORNEY L.BALDERRAMA PRESENT.
ATTORNEY RT DUANE DADE PRESENT.
DEFENDANT PRESENT.
-
HEARINGS
PRE-PRELIMINARY HEARING SET FOR 08/21/01 AT 8:30 IN DEPARTMENT F1.
DEFENDANT ORDERED TO APPEAR ON HEARING DATE.
-
CUSTODY STATUS
CASE CUSTODY - BAIL BOND
TIME WAIVED TO 09/24/01.

============= MINUTE ORDER END =================

| 06/11/2001 8:30 AM DEPT. F1 | PRE-PRELIMINARY CONFERENCE | DISPOSED | TRC |
|---|---|---|---|

**Minutes**

LOUIS O GLAZIER
CLERK S.LORANCE
REPORTER J.THOMPSON
BAILIFF O.THOMPSON

-

APPEARANCES
DEPUTY DISTRICT ATTORNEY L.BALDERRAMA PRESENT.
ATTORNEY RT DUANE DADE PRESENT.
DEFENDANT PRESENT.

-

HEARINGS
PRE-PRELIMINARY HEARING SET FOR 07/24/01 AT 8:30 IN DEPARTMENT F1.
DEFENDANT ORDERED TO APPEAR ON HEARING DATE.

-

CUSTODY STATUS
CASE CUSTODY - BAIL BOND
TIME WAIVED TO 08/24/01.

============= MINUTE ORDER END =================

| 05/07/2001 8:30 AM DEPT. F1 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
|---|---|---|---|

**Minutes**

LOUIS O GLAZIER
CLERK S LORANCE
ATTORNEY RT DUANE DADE PRESENT.
DEFENDANT PRESENT IN CUSTODY.

-

PROCEEDINGS
DEFENDANT IS ADVISED OF CONSTITUTIONAL AND STATUTORY RIGHTS. (AS ATTACHED AND INCORPORATED)
DEFENDANT ARRAIGNED.

-

PLEA INFORMATION
DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS.

-

HEARINGS
PRE-PRELIMINARY HEARING SET FOR 06/11/01 AT 8:30 IN DEPARTMENT F1.
DEFENDANT ORDERED TO APPEAR ON HEARING DATE.

-

TIME WAIVED TO 07/11/01.

-

CUSTODY STATUS

| | | | |
|---|---|---|---|
| CASE CUSTODY - BAIL BOND<br>DEFENDANT ADVISED THAT CASE IS ASSIGNED TO THE SUPERIOR COURT IN DEPARTMENT F1 JUDGE LOUIS O GLAZIER FOR ALL PURPOSES.<br>DISTRICT ATTORNEY NOTIFIED.<br>============== MINUTE ORDER END ================ | | | |
| 04/10/2001 3:24 PM | BOND A7-2031516 POSTED FOR 1450.00 | | |
| 04/10/2001 3:13 PM | CHARGE COUNT 002 WAS ADDED ON (315) BY . | | |
| 04/10/2001 3:12 PM | CHARGE COUNT 001 WAS ADDED ON (315) BY . | | |
| 04/02/2001 3:12 PM | COMPLAINT FILED | | |
| 03/21/2001 8:00 AM DEPT. F1 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| **Minutes**<br>LOUIS O GLAZIER<br>CLERK S.LORANCE<br>DEFENDANT PRESENT.<br>-<br>HEARINGS<br>HEARING CONTINUED TO 05/07/01 AT 8:30 IN DEPARTMENT F1.<br>DEFENDANT ORDERED TO APPEAR ON HEARING DATE.<br>-<br>CUSTODY STATUS<br>CASE CUSTODY - BAIL BOND<br>============== MINUTE ORDER END ================ | | | |
| 03/21/2001 12:00 AM | **** MINUTES DELETED FROM: ARRGN. | | |
| 03/20/2001 11:30 AM | OPER SMARI CHANGED ARRGN DEPARTMENT FROM F2 TO | | |
| 03/07/2001 2:46 PM | BOND A15-2023011 POSTED FOR 10000.00 | | |
| 03/07/2001 12:01 AM | ISSUING AGENCY = SPACES. JURISDICTION NOT SET. | | |
| 03/07/2001 12:00 AM | BAIL BOND FILED BY AFRAM | | |

## Case FVA015011 Defendant 1018194 DELACRUZ, HUGH - Fine Information

Prior NSF: N    Date To Pay:    N/A    First Payment:
                Payment Amount: $0.00  Last Payment:

| Fine Number | Fine Type | Fine Description | Original Amount | Paid To Date | Current Due |
|---|---|---|---|---|---|
| | | | | | |
| | | Total: | $0.00 | $0.00 | $0.00 |