ORIGINAL

PAMELA O'LEARY TOWER #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00050 SOM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT HUGH DELA |
| | ) | CRUZ'S LETTER TO THE COURT |
| HUGH DELA CRUZ, | ) | and TWO CERTIFICATES FROM |
| | ) | FDC HONOLULU; CERTIFICATE |
| Defendant. | ) | OF SERVICE |
| | ) | |

DEFENDANT HUGH DELA CRUZ'S LETTER TO THE COURT

COMES NOW Defendant, HUGH DELA CRUZ, by and through his

counsel, PAMELA O'LEARY TOWER, and hereby submits his letter to the court

as well as two additional FDC certificates in support of his sentencing.

DATED: Honolulu, Hawaii, June 23, 2006.

_____
PAMELA O'LEARY TOWER
Attorney for HUGH DELA CRUZ

Honorable Judge Susan Okie Mollway
United States District Court
State of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Hugh Javier DeLaCruz
Inmate # 91937-022
FDC HONOLULU
PO Box 30080
Honolulu, Hawaii 96820


Dear Honorable Judge Mollway,

    This is perhaps one of the most difficult letters that I have ever had to write. I do not want to waste your time, as I know how valuable this Court, and your honor's time is. I can only hope that this letter will assist you in imposing a just sentence.

    Since my incarceration in January of 2005, I have spent much of my time educating myself. I have completed my G.E.D. while here, something I am not sure I would have completed elsewhere. I have also enrolled in various bible study programs, along with other programs that have been offered by this institution. I have completed all of them. After reading so many books my mind has been stimulated, and my horizons literally expanded. Recently I have started teaching Spanish. I only have a small class - about 10 students - which meets three times a week, and I am still stuned at how fulfilling sharing my knowledge with others can be. I have made a decision to pursue a formal education. Thankfully I have the support of my brothers and family in accomplishing this.

    Your Honor, I accept full responsibility for my actions. I am greatful to the government, and its agents for saving my life from the destructive path that I was on. I am deeply ashamed of the things that I have done while in the thrall of my addictions. I sincerely regret that it took the Governments intervention to make me realize my errors.

Your Honor, in the future I plan to live in a completely different environment. An environment that I have only experienced when visiting my brother and his family on holidays.

I plan to once again get into the auto body repair industry, and in the near future open and operate a shop of my own. I have delt with most insurance carriers, and have developed an impeccable working relationship with many of them, between 1997 and 2003. I know what it takes to build a successful business. Marketing my business in the past was never difficult. I employed approximately 15 people and had an outstanding customer base.

My mother and brothers support me. They have seen me be successful in the past, and know that I can redeem myself. I was involved in the Optimist Club, as well as the "Fontana Rotary Club". I have also overseen a project to help renew an orphanage in Baja California, Mexico. I have always enjoyed donating my time. I truly miss the life I had before drugs, and I am anxious to return as soon as I am able.

Your Honor, I want to apologize to the Courts, the State of Hawaii, and the people for conspiring to bring in the same drug that has caused so much destruction in my own life. I am glad and relieved that I didn't succeed in the crime I so arrogantly attempted to commit.

I know that I must be punished for what I have done. I do feel that the punishment has already been great. I do not wish to put my family through more pain and suffering. I just want to get back to them, and live the "American Dream". This time clean and sober, sharing with others my testimony in hope of saving them from the mistakes that I have made. Saving them from falling into the death grip of Methampetamine.

Your Honor, I do not agree with the sentence recommended by the probation department. I do not think that it will serve anyone. I will accept whatever you see fit to impose. I can only pray that you use your greatest discretion in doing so, and hope for your

understanding. I know that I can redeem myself for the wrongs that I have done in my life. I can never take back what I have done, all I can do is ask for forgiveness, and another chance. I will never take for granted that which I have lost. I have promised myself that no matter what happens I will strive to change my life for the better. I believe that justice should be dealt with a firm hand, but tempered with compassion. I believe that your Honor will make the right decision in this case. I want to thank you for taking the time to hear my story. God bless

Sincerely,



# Certificate of Achievement

presented to

## Hugh Dela Cruz

for successful completion of FDC Honolulu A.C.E. Fitness Class for Unit EA from April 4, 2006 to May 25, 2006

_____   June 4, 2006
S. Lape, Sports Specialist

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of *Defendant's Objections and/or Corrections to the Draft Presentence Report* was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on June 23, 2006.

|  | U.S. Mail | Fax | Hand-Delivery |
|---|---|---|---|
| KENNETH SORENSON<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| ANNE SHIMOKAWA<br>Supervising U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:    Honolulu, Hawaii, June 23, 2006.

PAMELA O'LEARY TOWER
Attorney for HUGH DELA CRUZ