PAMELA O'LEARY TOWER #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00050 SOM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | VERONICA DE LA CRUZ'S |
| | ) | LETTER TO THE COURT; |
| HUGH DELA CRUZ, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

VERONICA DE LA CRUZ'S LETTER TO THE COURT

COMES NOW Defendant, HUGH DELA CRUZ, by and through his counsel, PAMELA O'LEARY TOWER, and hereby submits the letter of his daughter, Veronica De La Cruz, to the court for consideration at his sentencing.

DATED: Honolulu, Hawaii, June 28, 2006.

PAMELA O'LEARY TOWER
Attorney for HUGH DELA CRUZ

Veronica De La Cruz
1144 Hollenbeck Street
West Covina, CA 91791


The Honorable Susan Oki Mollway, Judge
United States District Court – District of Hawaii
309 Ala Moana Boulevard
Honolulu, HI 96850


June 23, 2006


Dear Judge Mollway:

My name is Veronica De La Cruz and I am a 15-year-old student at West Covina High School. I am the proud daughter of Hugo De La Cruz and it is of great interest to me that you know how much he means in my life. I understand that my father is pleading guilty and will face sentencing on June 29, 2006.

I am writing to ask that you give him the least punishment possible. I have spent the last year apart from him and that has made things difficult on our entire family. I cannot imagine my life for the next ten years without him. We have had many memories together in the past 15 years such as waking up early on Sunday morning to go get coffee, watching the cars to by on the freeway and teaching me how to swim. It is from the smallest moment to the biggest moments with him that have shaped me into the person I am today. My father has been one of the biggest contributors in my life and I am not ready to have that end now.

My father is truly a good and caring person at heart. He always chooses to put the needs and happiness of others before his own. I need my dad in my life. He has already missed out on my first high school dance, my first boyfriend, and other things. I cannot imagine graduating from high school in two years and not being able to get a hug from my dad and hear how proud he is of me. My dad is a very generous and loving person, and even though he has made mistakes, they do not come close to the punishment he is facing. Please consider the impact his sentence will have on our family.


Sincerely,

*Veronica De La Cruz* (signature)

Veronica De La Cruz

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of Veronica De La Cruz's letter to the court was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on June 28, 2006.

|  | **U.S. Mail** | **Fax** | **Hand-Delivery** |
|---|---|---|---|
| KENNETH SORENSON<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| ANNE SHIMOKAWA<br>Supervising U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:    Honolulu, Hawaii, June 28, 2006.

PAMELA O'LEARY TOWER
Attorney for HUGH DELA CRUZ