

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

July 28, 2006

The Honorable Susan Oki Mollway
Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**Re:  DELA CRUZ, Hugh Javier**
      Reg. No. 91937-022
      Docket No. 1:05CR00050-001

Dear Judge Mollway:

   This is in response to the Court's recommendation that Hugh Javier Dela Cruz serve his term of confinement at either the Terminal Island facility in San Pedro, California, or a facility in Lompoc, California. The Court also recommended that he participate in the Residential Drug Abuse Program (RDAP). Mr. Dela Cruz was sentenced in your court to a 77-month term for Conspiracy to Distribute and Possession with Intent to Distribute 50 Kilograms or More of Methamphetamine.

   Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Dela Cruz has been classified as a low security level offender. The facilities recommended by the Court are currently experiencing population pressures. Accordingly, Mr. Dela Cruz has been designated to the low security level facility in Anthony, New Mexico. Staff there will encourage Mr. Dela Cruz to participate in the RDAP, if eligible, under the established program criteria.

   Although we were unable to comply with all of the Court's recommendations, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        *[signature]*
                                     ⨍  Rebecca Tamez
                                        Chief

mbp
cc: Warden, FCI La Tuna